# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE LUCIO,<br><br>　　　Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　Respondents | Case No.: 2:25-cv-01362-APG-NJK<br><br>**Order Denying Motions (1) for Leave to Proceed In Forma Pauperis, and (2) for a Certificate of Appealability**<br><br>[ECF Nos. 8, 9] |

　　　I previously denied Jesse Lucio's habeas petition, and judgment has been entered. ECF Nos. 4, 5. Lucio now moves for permission to proceed in forma pauperis (ECF No. 8) and for a Certificate of Appealability (ECF No. 9). Because there are no further proceedings in this court, I deny the motion to proceed in forma pauperis without prejudice to Lucio seeking that status with the Ninth Circuit for his appeal. And because I previously denied Lucio a certificate of appealability (ECF No. 4 at 3), I deny his motion seeking that certificate.

　　　I THEREFORE ORDER that Lucio's motions to proceed in forma pauperis **(ECF No. 8)** and for a certificate of appealability **(ECF No. 9) are denied.**

　　　DATED this 11th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE